

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01058-CV

**IN RE GUADALUPE VALLEY NURSING AND REHABILITATION CENTER**, and
Regency IHS of Guadalupe Valley, LLC, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: June 20, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

After considering relators' petition for a writ of mandamus, real party in interest's response, and relators' reply, this court has determined relators are not entitled to the relief sought. Therefore, relators' petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 22-1070-CV-E, styled *James Henry Lenz, Individually and on Behalf of the Estate of Irene Mary Lange v. Guadalupe Valley Nursing and Rehabilitation Center and Regency IHS of Guadalupe Valley, LLC*, pending in the 456th District Court, Guadalupe County, Texas, the Honorable Heather H. Wright presiding.